IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

REZA KAZIMI,

    Plaintiff,

v.                                                     1:24-cv-00689-JCH-JMR

DIVERSIFIED PROTECTION CORPORATION,

    Defendant.

**ORDER ADOPTING MAGISTRATE JUDGE'S**
**PROPOSED FINDINGS AND RECOMMENDED DISPOSITION**

The magistrate judge filed her Proposed Findings and Recommended Disposition on October 6, 2025. Doc. 55. The proposed findings notified the parties of their ability to file objections within fourteen (14) days and that failure to do so waived appellate review. *Id.* at 8. Neither party filed objections by the October 20, 2025 deadline.

Wherefore,

**IT IS HEREBY ORDERED AS FOLLOWS:**

1. The Magistrate Judge's Proposed Findings and Recommended Disposition (Doc. 55) is ADOPTED;

2. Defendant Diversified Protection Corporation's Motion to Dismiss with Prejudice Per Rule 41(b) or, Alternatively, to Compel Discovery & for Rule 37 Sanctions (Doc. 31) is DENIED IN PART, insofar as it requests this matter be dismissed;

3. The magistrate judge will rule on the remaining issues raised in Diversified Protection Corporation's Motion to Dismiss with Prejudice Per Rule 41(b) or, Alternatively, to Compel Discovery & for Rule 37 Sanctions (Doc. 31) by separate order.

                                                                                          _____
                                                                      SENIOR UNITED STATES DISTRICT JUDGE