IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

REZA KAZIMI,

        Plaintiff,

v.                                    1:24-cv-00689-JCH-JMR

DIVERSIFIED PROTECTION CORPORATION,

        Defendant.

## **ORDER GRANTING MOTION IN PART**

THIS MATTER comes before the Court on the remaining portion of Defendant Diversified Protection Corporation's ("DPC's") Motion to Dismiss with Prejudice Per Rule 41(b) or, Alternatively, to Compel Discovery & for Rule 37 Sanctions.  Doc. 31.  Plaintiff Reza Kazimi filed a response, Doc. 42, and DPC filed a reply, Doc. 46.  The Court previously denied the portion of the motion requesting dismissal, and reserved ruling on the discovery portion of the motion.  *See* Doc. 55 (Proposed Findings and Recommended Disposition ("PFRD")) and Doc. 56 (order adopting PFRD).  The Court thereafter held a hearing on November 21, 2025. Doc. 63.  Having reviewed the briefing and the relevant law and the facts, and for the reasons stated at the hearing, the Court finds the motion should be GRANTED IN PART and DENIED IN PART.

Specifically, the Court orders Plaintiff to supplement discovery as ordered at the hearing no later than **December 22, 2025**.  To the extent that Request for Production 3 was not addressed directly at the hearing, the Court orders that Plaintiff answer Request for Production 3 fully, to the extent any documentation related to damages is not already provided in response to the other Requests for Production that were the subject of Defendant's motion. Other than the supplementation of discovery, the parties need not take any further actions related to the

supplemental discovery, including re-deposing Plaintiff, until after the Court rules on Defendant's to-be-filed motion for summary judgment related to liability.

The Court orders Plaintiff to pay DPC its reasonable costs for bringing its motion (Doc. 31).  *See* FED. R. CIV. P. 37(a)(5).  DPC shall file its affidavit of costs and fees by **December 5, 2025.**  Plaintiff may file objections to the reasonableness of DPC's claimed fees and costs no later than **December 19, 2025**.

Any requests for relief in Defendant Diversified Protection Corporation's ("DPC's") Motion to Dismiss with Prejudice Per Rule 41(b) or, Alternatively, to Compel Discovery & for Rule 37 Sanctions (Doc. 31) not expressly granted at the hearing or in the Court's previous PFRD and order (Docs. 55–56) are DENIED.  The Court orders plaintiff to produce all supplemental discovery here ordered no later than **December 22, 2025.**

_____
JENNIFER M. ROZZONI
United States Magistrate Judge

2